DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROEL BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-347

[April 16, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312015CF001434A.

Roel Brown, Raiford, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***